Arbitration Provided for in a Certain Contract in Writing Entered into between Petitioner and MANNIELLO BROS. & MAYRSOHN, INC., on November 5, 1930, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ABRAM A. WEIGERT v. MORRIS JACKSON and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

WENDELL P. KEENE v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

SAM KAPLAN MANUFACTURING & SUPPLY CO., INC., v. MOTORIZED TALKING PICTURE SERVICE, INC.— Motion for leave to appeal to the Court of Appeals, or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

SAM KAPLAN MANUFACTURING & SUPPLY CO., INC., v. MOTORIZED TALKING PICTURE SERVICE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

BANK OF MANHATTAN TRUST COMPANY, as Successor Trustee, etc., v. TWENTY-ONE SIXTY-SIX BROADWAY CORPORATION and Others, Impleaded with THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH — JAMES R. MURPHY, Receiver — COMMONWEALTH BOND CORPORATION, as Committee for Bondholders, and HERMAN HOFFMAN, Referee.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALFRED STONE v. ÆTNA LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SCHULTE LEASING CORPORATION for an Order Directing FREDERICK H. CHASE and Others, as Trustees, etc., of LOTTA CRABTREE, Deceased, to Proceed to Arbitration, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE WOMANS HOSPITAL IN THE STATE OF NEW YORK v. SIXTY-SEVENTH STREET REALTY CO., INC.— MANUFACTURERS TRUST COMPANY and Others. PAUL R. GORDON, an Interested Party.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FULTON TRUST COMPANY OF NEW YORK, as Committee, etc., of CLARA A. DOWNEY, an Incompetent, v. SIXTY-SEVENTH STREET REALTY CO., INC.— MANUFACTURERS TRUST COMPANY and Others. PAUL R. GORDON, an Interested Party. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.